**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TUVALU TUTUILA FAUSIA, | ) | NO. ED CV 09-2320-R(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| MATHEW CATES, Warden, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the Third Amended Complaint without leave to amend, with prejudice with respect to Counts One, Two and Four, and without prejudice with respect to Count Three.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff.

4    DATED: March 8, 2012.

```
                                   _____
                                         MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE
```