**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
TUVALU TUTUILA FAUSIA,          )  NO. ED CV 09-2320-R(E)
                                )
           Plaintiff,           )
                                )
     v.                         )  JUDGMENT
                                )
MATHEW CATES, Warden, et al.,   )
                                )
           Defendants.          )
                                )
_____)
```

IT IS ADJUDGED that the Third Amended Complaint is dismissed without leave to amend, with prejudice with respect to Counts One, Two and Four, and without prejudice with respect to Count Three.

DATED: March 8, 2012.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE